UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kellee Carman,

        Plaintiff,

v.                                                  Civil No. 10-3343 (JNE/JSM)
                                                           ORDER

The Affiliated Group, Inc.,

        Defendant.

In March 2010, Kellee Carman brought this action against Affiliated Credit Services in the United States District Court for the District of Colorado. Carman later moved (1) to amend the complaint to identify The Affiliated Group, Inc., as the sole defendant and (2) to transfer the action to the District of Minnesota. Her motion was granted, and the case was transferred to this District. In November 2010, Carman moved to dismiss the case without prejudice. *See* Fed. R. Civ. P. 41(a)(2). By Order dated February 4, 2011, the Court advised Carman of its intention to dismiss the case with prejudice and directed her to "inform the Court in writing whether she withdraws her motion to dismiss." *See Jaramillo v. Burkhart*, 59 F.3d 78, 79 (8th Cir. 1995). Carman did not submit a written response to the Order, and she has not withdrawn her motion to dismiss. The Court dismisses this case with prejudice. Therefore, IT IS ORDERED THAT:

    1.    This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 14, 2011

                                                                                       s/ Joan N. Ericksen
                                                                                       JOAN N. ERICKSEN
                                                                                       United States District Judge